UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONTROL SCREENING, LLC<br><br>Plaintiff,<br>v.<br>INTEGRATED TRADE SYSTEMS, INC., and PEMEX-PETROQUIMICA,<br><br>Defendants. | Civ. Action No. 10-499 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of plaintiff's motion [D.E. 36] to vacate Magistrate Judge Patty Shwartz's order transferring the action to the Southern District of Texas [D.E. 34], and by way of defendant PEMEX-Petroquímica's motion to transfer the action to the Southern District of Texas [D.E. 47]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 3rd day of August, 2011,

**ORDERED** that Judge Shwartz's order transferring the action to the Southern District of Texas is **affirmed**, and plaintiff's motion to vacate that order is **denied**; and it is further,

**ORDERED** that PEMEX-Petroquímica's motion to transfer the action to the Southern District of Texas is **granted**, and PEMEX's motions to dismiss for insufficient process, insufficient service of process, lack of personal jurisdiction, improper venue, forum non conveniens, and lack of subject matter jurisdiction are **denied as moot**.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1